UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN LEE MATTHEWS, II,<br><br>　　　　　Plaintiff,<br>　v.<br>LISA WALSH, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00216-MMD-WGC<br><br>ORDER |

　　　The first amended complaint in this action was filed on February 19, 2020. (ECF No. 8.) The Court issued a notice of intent to dismiss Defendant Lisa Walsh pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by January 5, 2022. (ECF No. 38.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Lisa Walsh are dismissed without prejudice.

　　　DATED THIS 14th Day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE