# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN LEE MATTHEWS, II,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LISA WALSH, *et al.*,<br><br>　　　　　　　　Defendants. | 3:19-cv-00216-MMD-CSD<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On January 12, 2022, Defendant filed his Motion for Summary Judgment (ECF No. 39) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file a response to Defendant's Motion for Summary Judgment (ECF No. 39).

**IT IS SO ORDERED.**

DATED: March 10, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1